

REQUEST CATALOG | SEARCH

HOME | OUR BRANDS | PRODUCTS | WHAT'S NEW | ABOUT YOSHI | CONTACT

Home > Our Brands > Squares

**BRANDS**
CATERER'S COLLECTION
CLEAR WARE
COFFEE MUGS
CONSERVE
DELI MATE
DELI MAX
ESSENTIALS
GLIMMERWARE
HOLIDAY COLORS
LIDS
MAJESTIC
NEON LIGHTS
PARTY TRAY
PREPSERVE
PARTY BOMBERS
PRISMS
RECTANGLES
RESPOSABLES
SMALL WONDERS
SQUARES
SQUARE WAVES
TRIANGLES

**PLATES**

| 6.5" Dessert Plate | 8" Salad Plate | 9.5" Dinner Plate | 10.75" Dinner Plate |
|---|---|---|---|
| EMI-SP6 Colors Available: C, B, W, BN | EMI-SP8 Colors Available: C, B, W, BN | EMI-SP9 Colors Available: C, B, W, BN | EMI-SP10 Colors Available: C, B, W, BN |

C=Clear, B=Black, W=White, BN=Bone

**BOWLS**

| 5 oz. Dessert Bowl | 8 oz. Bowl | 12 oz. Soup Bowl | 16 oz. Bowl |
|---|---|---|---|
| EMI-SB5 Colors Available: C, B, W, BN | EMI-SB8 Available in: C, B, W, BN | EMI-SB12 Available in: C, B, W, BN | EMI-SB16 Available in: C, B, W, BN |

| 32 oz. Serving Bowl | 64 oz. Serving Bowl | 128 oz. Serving Bowl | |
|---|---|---|---|
| EMI-SB32 Available in: C, B, W, BN | EMI-SB64 Available in: C, B, W, BN | EMI-SB128 Colors Available: C, B, W, BN | |

C=Clear, B=Black, W=White, BN=Bone

**STEMWARE**

| 8 oz. Wine Glass | 8 oz. Martini Glass | 5 oz. Champagne Flute |
|---|---|---|
| EMI-SWG8 Colors Available: Clear | EMI-SMTG8 Colors Available: Clear | EMI-SFC5 Colors Available: Clear |

**TUMBLERS & BARWARE**

| 8 oz. Tumbler | 9 oz. Tumbler | 10 oz. Tumbler | 12 oz. Tumbler |
|---|---|---|---|
| EMI-ST8 Colors Available: Clear | EMI-ST9 Colors Available: Clear | EMI-ST10 Colors Available: Clear | EMI-ST12 Colors Available: Clear |

| 14 oz. Tumbler | 16 oz. Tumbler | 1 oz. Shot Glass | 2 oz. Shot Glass |
|---|---|---|---|
| EMI-ST14 Colors Available: Clear | EMI-ST16 Colors Available: Clear | EMI-SSG1 Colors Available: Clear | EMI-SSG2 Colors Available: Clear |

| Pedestal Wine Glass 2 oz. | Pedestal Wine Glass 5.5 oz. | Pedestal Wine Glass 8 oz. | Mini Champagne Glass 2 oz. |
|---|---|---|---|
| EMI-SPWG2 | EMI-SPWG5 | EMI-SPWG8 | EMI-SFC2 |




















