# maryland plastics, inc.

Party and Catering Tableware

PRODUCTS  CATALOGS  CUSTOM MOLDING  ABOUT  ONLINE RETAILERS  CONTACT US  BLOG  HOME

## THE SIMPLY SQUARED COLLECTION

Newbury Collection · Concord Collection · Catering Plasticware
Drinkware · Lumiere Collection · Dazzling Lights Collection
Simply Squared Collection · Regal Collection · Tableware Main

For the latest in upscale entertaining, nothing comes close to Maryland Plastics new Simply Squared party plates and bowls. Mix and match the sleek colors and various sizes for a unique and stylish table setting.

Download Simply Squared Collection Sheet





Where squared meets style and sophistication

| The Simply Squared Collection | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Click on product image to enlarge the view | | | | | | | | |
| View Item | Item # | UPC# 073954 - | UCC | Description | Case Color | Case Pack | Case WGT | Case Cube |
|  | SQ04756 | 047568 | 047565 | Square 4.75" Appetizer Plate | Clear | 12/10 - 120 | 5.1 Lbs | 0.14 |
|  | SQ04757 | 047576 | 047572 | Square 4.75" Appetizer Plate | Beige | 12/10 - 120 | 5.1 Lbs | 0.14 |
|  | SQ04751 | 0475713 | 047510 | Square 4.75" Appetizer Plate | Black | 12/10 - 120 | 5.1 Lbs | 0.14 |
|  | SQ04750 | 047506 | 047503 | Square 4.75" Appetizer Plate | White | 12/10 - 120 | 5.1 Lbs | 0.14 |
|  | SQ00656 | 006565 | 006562 | Square 6.5" Dessert Plate | Clear | 12/10 - 120 | 9.5 Lbs | 0.27 |
|  | SQ00657 | 006572 | 006579 | Square 6.5" Dessert Plate | Beige | 12/10 - 120 | 9.5 Lbs | 0.27 |
|  | SQ00651 | 006510 | 006517 | Square 6.5" Dessert Plate | Black | 12/10 - 120 | 9.5 Lbs | 0.27 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SQ00650 | 006503 | 006500 | Square 6.5" Dessert Plate | White | 12/10 - 120 | 9.5 Lbs | 0.27 |
| SQ10806 | 108061 | 108068 | Square 8" Salad Plate | Clear | 12/10 - 120 | 15.6 Lbs | 0.42 |
| SQ10807 | 108078 | 108075 | Square 8" Salad Plate | Beige | 12/10 - 120 | 15.6 Lbs | 0.42 |
| SQ10801 | 108016 | 108013 | Square 8" Salad Plate | Black | 12/10 - 120 | 15.6 Lbs | 0.42 |
| SQ10800 | 108009 | 108006 | Square 8" Salad Plate | White | 12/10 - 120 | 15.6 Lbs | 0.42 |
| SQ19506 | 195061 | 195068 | Square 9.5" Dinner Plate | Clear | 12/10 - 120 | 22 Lbs | 0.58 |
| SQ19507 | 195078 | 195075 | Square 9.5" Dinner Plate | Beige | 12/10 - 120 | 22 Lbs | 0.58 |
| SQ19501 | 195016 | 195013 | Square 9.5" Dinner Plate | Black | 12/10 - 120 | 22 Lbs | 0.58 |
| SQ19500 | 195009 | 195006 | Square 9.5" Dinner Plate | White | 12/10 - 120 | 22 Lbs | 0.58 |
| SQ10756 | 107569 | 107566 | Square 10.75" Dinner Plate | Clear | 12/10 - 120 | 28 Lbs | 0.85 |
| SQ10757 | 107576 | 107573 | Square 10.75" Dinner Plate | Beige | 12/10 - 120 | 28 Lbs | 0.85 |
| SQ10751 | 107514 | 107511 | Square 10.75" Dinner Plate | Black | 12/10 - 120 | 28 Lbs | 0.85 |
| SQ10750 | 107507 | 107504 | Square 10.75" Dinner Plate | White | 12/10 - 120 | 28 Lbs | 0.85 |
| SQ90126 | 901266 | 901263 | Square 12oz. Soup Bowl | Clear | 12/10 - 120 | 19 Lbs | 0.61 |
| SQ90127 | 901273 | 901270 | Square 12oz. Soup Bowl | Beige | 12/10 - 120 | 19 Lbs | 0.61 |
| SQ90121 | 901211 | 901218 | Square 12oz. Soup Bowl | Black | 12/10 - 120 | 19 Lbs | 0.61 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | SQ90120 | 901204 | 901201 | Square 12oz. Soup Bowl | White | 12/10 - 120 | 19 Lbs | 0.61 |
| | SQ10056 | 100560 | 100567 | Square 5oz. Dessert Bowl | Clear | 12/10 - 120 | 8 Lbs | 0.3 |
| | SQ10057 | 100577 | 100574 | Square 5oz. Dessert Bowl | Beige | 12/10 - 120 | 8 Lbs | 0.3 |
| | SQ10051 | 100515 | 100512 | Square 5oz. Dessert Bowl | Black | 12/10 - 120 | 8 Lbs | 0.3 |
| | SQ10050 | 100508 | 100505 | Square 5oz. Dessert Bowl | White | 12/10 - 120 | 8 Lbs | 0.3 |
| | SQ00106 | 001065 | 001062 | Square 1 oz. Shot Glasses | Clear | 24/20 - 480 | 4.8 Lbs | .54 |
| | SQ00206 | 002062 | 002069 | Square 2 oz. Shot Glasses | Clear | 24/20 - 480 | 5.8 Lbs | .75 |
| | SQ00506 | 005063 | 005060 | Square Pilsners | Clear | 10/8 - 80 | 7.1 Lbs | 1.80 |
| | SQ80086 | 800866 | 800863 | Square 8 oz. Tumblers | Clear | 12/14 - 140 | 8.5 Lbs | .55 |
| | SQ80096 | 800965 | 800962 | Square 9 oz. "Rocks" Tumblers | Clear | 12/14 - 140 | 8.6 Lbs | .97 |
| | SQ80106 | 801061 | 801068 | Square 10 oz. Tumblers | Clear | 12/14 - 140 | 8.9 Lbs | .62 |
| | SQ80126 | 801269 | 801266 | Square 12 oz. Tumblers | Clear | 12/14 - 140 | 9.9 Lbs | .84 |
| | SQ80146 | 801467 | 801464 | Square 14 oz. Tumblers | Clear | 12/14 - 140 | 11.5 Lbs | .94 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | SQ80166 | 801665 | 801662 | Square 16 oz. Tumblers | Clear | 12/14 - 140 | 13 Lbs | 1.05 |
| | SQ80026 | 800262 | 800269 | Square Wine Glasses | Clear | 12/6 - 72 | 7.1 Lbs | 2.13 |
| | SQ80036 | 800361 | 800368 | Square Martini Glasses | Clear | 12/6 - 72 | 6.7 Lbs | 3.57 |
| | SQ80046 | 800460 | 800467 | Square Champagne Flutes | Clear | 12/6 - 72 | 6.5 Lbs | 1.67 |
| | SQ80016 | 800163 | 800160 | Square 8 oz. Coffee Mugs | Clear | 12/8 - 96 | 9.6 Lbs | 2.26 |
| | SQ80017 | 800170 | 800177 | Square 8 oz. Coffee Mugs | Beige | 12/8 - 96 | 9.6 Lbs | 2.26 |
| | SQ80011 | 800118 | 800115 | Square 8 oz. Coffee Mugs | Black | 12/8 - 96 | 9.6 Lbs | 2.26 |
| | SQ80010 | 800101 | 800108 | Square 8 oz. Coffee Mugs | White | 12/8 - 96 | 9.6 Lbs | 2.26 |
| | SQ80206 | 802068 | 802065 | Square 20 oz. Presentation Bowls | Clear | 24 | 2.4 Lbs | .10 |
| | SQ80207 | 802075 | 802072 | Square 20 oz. Presentation Bowls | Beige | 24 | 2.4 Lbs | .10 |
| | SQ80201 | 802013 | 802010 | Square 20 oz. Presentation Bowls | 24 | 12 | 2.4 Lbs | .10 |
| | SQ80200 | 802006 | 802003 | Square 20 oz. Presentation Bowls | White | 24 | 2.4 Lbs | .10 |
| | SQ80326 | 803263 | 803260 | Square 32 oz. Presentation Bowls | Clear | 12 | 2.4 Lbs | .15 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | SQ80327 | 803270 | 803277 | Square 32 oz. Presentation Bowls | Beige | 12 | 2.4 Lbs | .15 |
| | SQ80321 | 803218 | 803215 | Square 32 oz. Presentation Bowls | Black | 12 | 2.4 Lbs | .15 |
| | SQ80320 | 803201 | 803208 | Square 32 oz. Presentation Bowls | White | 12 | 2.4 Lbs | .15 |
| | SQ80646 | 806462 | 806469 | Square 64 oz. Presentation Bowls | Clear | 12 | 4.5 Lbs | .33 |
| | SQ80647 | 806479 | 806476 | Square 64 oz. Presentation Bowls | Beige | 12 | 4.5 Lbs | .33 |
| | SQ80641 | 806417 | 806414 | Square 64 oz. Presentation Bowls | Black | 12 | 4.5 Lbs | .33 |
| | SQ80640 | 806400 | 806407 | Square 64 oz. Presentation Bowls | White | 12 | 4.5 Lbs | .33 |
| | SQ81286 | 812869 | 812866 | Square 128 oz. Presentation Bowls | Clear | 12 | 7.7 Lbs | .58 |
| | SQ81287 | 812876 | 812873 | Square 128 oz. Presentation Bowls | Beige | 12 | 7.7 Lbs | .58 |
| | SQ81281 | 812814 | 812811 | Square 128 oz. Presentation Bowls | Black | 12 | 7.7 Lbs | .58 |
| | SQ81280 | 812807 | 812874 | Square 128 oz. Presentation Bowls | White | 12 | 7.7 Lbs | .58 |
| | SQ12126 | 121268 | 121265 | Square 12" Tray | Clear | 12 | 7.7 Lbs | .38 |
| | SQ12127 | 121275 | 121272 | Square 12" Tray | Beige | 12 | 7.7 Lbs | .38 |
| | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | SQ12121 | 121213 | 121210 | Square 12" Tray | Black | 12 | 7.7 Lbs | .38 |
| | SQ12120 | 121206 | 121203 | Square 12" Tray | White | 12 | 7.7 Lbs | .38 |
| | SQ12156 | 121565 | 121562 | Square 12" Chip & Dip | Clear | 12 | 8.8 Lbs | .42 |
| | SQ12157 | 121572 | 121579 | Square 12" Chip & Dip | Beige | 12 | 8.8 Lbs | .42 |
| | SQ12151 | 121510 | 121517 | Square 12" Chip & Dip | Black | 12 | 8.8 Lbs | .42 |
| | SQ12150 | 121503 | 121500 | Square 12" Chip & Dip | White | 12 | 8.8 Lbs | .42 |

**Download Simply Squared Collection Sheets**



Download Simply Squared
Sheet



Download NEW
Simply Squared
Sheet

© 2011, Maryland Plastics, Inc.