Shopping Cart

0 items - $0.00

HOME      ABOUT US      CONTACT US      POLICIES      TIPS, IDEAS, AND ARTICLES      PRODUCT CATALOG

Shop by Brand...                                                    Shop by Type...                    Enter Keywords

**3** products in this category, displaying products 1 to 3.

**Departments**

Better Than Linen Collections
Drinkware
Flatware
Holiday
Serving Pieces
Solid Colors
Table Linen
Tableware / Fine Dining
   Classicware
   Clear Plates On A Budget
   Concord
   Etched Plates
   Green Products
   Masterpiece
   Newbury Collection
   Regal
   Resposables
   Samples
   **Square Plates**
   Triangles



**Maryland Plastics**
Simply Squared Plate, Bowl, Mu
$7.03
$5.98
You Save: 15%
View Product



**Emi- Yoshi**
Square Wave Plates
$65.20
$49.00
You Save: 25%
View Product



**Fineline Settings**
Wavetrends Plastic Plates
$49.28
$35.00
You Save: 29%
View Product

**Customer Service**


online! CHAT WITH US LIVE! Click here

**Shopping Cart**

0 items

$0.00

**Account Holders**

Username:

Password:

login        register

forgot your password?


facebook

- **Gift Registries**

**Product Search**

Use keywords to find the product you are looking for.

☐ only in this category

Advanced Search...


Authorize.Net

Online Payments


Bookmark or Share this page

Home | About Us | Contact Us | Policies | Tips, Ideas, and Articles | Product Catalog

Powered by: Microsoft Dynamics Retail Management System    Enabled by: NitroSell Integrated eCommerce

Shopping Cart
0 items - $0.00

HOME    ABOUT US    CONTACT US    POLICIES    TIPS, IDEAS, AND ARTICLES    PRODUCT CATALOG

Shop by Brand...                    Shop by Type...        Enter Keywords

**Departments**

Better Than Linen Collections
Drinkware
Flatware
Holiday
Serving Pieces
Solid Colors
Table Linen
Tableware / Fine Dining
  Classicware
  Clear Plates On A Budget
  Concord
  Etched Plates
  Green Products
  Masterpiece
  Newbury Collection
  Regal
  Resposables
  Samples
  Square Plates
  Triangles

# - Gift Registries

**Product Search**

Use keywords to find the product you are looking for.

☐ only in this category

Advanced Search...



Authorize.Net
Online Payments

## Simply Squares 8in Clear Plastic Salad Plates By The Package

Elegant looking Simply Squares Plates and Bowls from Maryland Plastics are a great way to entertain without having to do the dishes afterwards. Your table will look great with these disposable high gloss and polish finished plates. These plastic plates are oversized, for optimum elegance and are specially designed with wide and deep edges to protect against food spillage.

The 8" Plates comes with 10 Plates per Package or 120 Plates per case.

PLEASE SPECIFY CASE OR PACKAGE WHEN ORDERING!

**Available Options:**

| | |
|---|---|
| Case or Package?: | Packages |
| Size: | 8in Salad Plate |
| Color: | Clear |

Regular Price: $7.03
Your Price: $5.98
You Save: $1.05 (15%)

Quantity Needed: 1

**add to basket**

**add to list**

Customer Reviews
This product has not yet been reviewed.

Write a Review
Please login or register to write a review for this product.



Customer Service

online CHAT WITH US LIVE
Click here

Shopping Cart

0 items

$0.00

Account Holders

Username:

Password:

login    register

forgot your password?


facebook

Bookmark or Share this page

Home | About Us | Contact Us | Policies | Tips, Ideas, and Articles | Product Catalog

Powered by: Microsoft Dynamics Retail Management System  Enabled by: NitroSell Integrated eCommerce